# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **ROBERT SHREVE**, et al., | Case No. 2:10-cv-644 |
| *Plaintiffs*, | Judge: Sargus |
| | Magistrate Judge: Abel |
| **UNITED STATES OF AMERICA**, | |
| *Plaintiff-Intervenor*, | |
| v. | |
| **FRANKLIN COUNTY, OHIO**, et. al., | |
| *Defendants*. | |

## JOINT MOTION FOR ENTRY OF SETTLEMENT AGREEMENT

Plaintiff-Intervenor the United States and the Sheriff of Franklin County, et al., Defendants, having entered into the attached Settlement Agreement, jointly move this Court for entry of an Order conditionally dismissing the United States' Complaint, pursuant to Fed. R. Civ. P. 41(a)(2), conditioned upon Defendants achieving substantial compliance with the terms of the Settlement Agreement.  The parties respectfully request that the Court place the case, upon resolution of outstanding issues as to Plaintiffs' claims, on its inactive docket while retaining jurisdiction, for the sole purpose of enforcing the Settlement Agreement in the event of a compliance dispute, until a final dismissal with prejudice is entered.

.

2

Respectfully submitted:

FOR THE UNITED STATES:

JONATHAN M. SMITH
Chief
Special Litigation Section


TAMMIE M. GREGG
Principal Deputy Chief
Special Litigation Section


/s/ Aaron Fleisher_____
AARON FLEISHER
ANIKA GZIFA
MARLYSHA MYRTHIL
SERGIO PEREZ
KERRY KRENTLER DEAN
Trial Attorneys
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
950 Pennsylvania Avenue, N.W.
Washington, D.C.  20530
(202) 514-6255
aaron.fleisher@usdoj.gov

FOR THE DEFENDANTS:

RON O'BRIEN
FRANKLIN COUNTY
PROSECUTING ATTORNEY

/s/ Nick A. Soulas, Jr.
Nick A. Soulas, Jr. (0062166)
Trial Counsel
First Assistant Prosecuting Attorney, Civil Division
Mary Jane Martin (0065983)
Assistant Prosecuting Attorney
373 South High Street, 13th Floor
Columbus, Ohio 43215
614/462-3520
614/462-6012 FAX
nasoulas@franklincountyohio.gov
mjmartin@franklincountyohio.gov

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Joint Motion For Entry of Settlement was filed electronically on this 4th day of February, 2011, with the Clerk of Court using the CM/ECF System, which will provide notice of such filing to all registered parties.

s/Aaron Fleisher
AARON FLEISHER
Trial Attorney

U.S. Department of Justice
Civil Rights Division
Special Litigation Section
950 Pennsylvania Avenue, N.W.
Washington, D.C.  20530
(202) 514-6255
aaron.fleisher@usdoj.gov
