**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| ROBERT SHREVE, et al., ) | Case No. 2:10-cv-644 |
| ) | |
| *Plaintiffs*, ) | Judge: Sargus |
| ) | Magistrate Judge: Abel |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| *Plaintiff-Intervenor*, ) | |
| ) | |
| v. ) | |
| ) | |
| FRANKLIN COUNTY, OHIO, et. al., ) | |
| ) | |
| *Defendants*. ) | |

## ORDER

For good cause shown, and in consideration of the Joint Motion for Entry of Settlement Agreement by the United States and Defendants, the Court hereby GRANTS the Joint Motion; conditionally dismisses the United States' Complaint pursuant to Fed. R. Civ. P. 41(a)(2), subject to Defendants achieving substantial compliance with the terms of the Settlement Agreement; and retains jurisdiction for the sole purpose of enforcing the Settlement Agreement in the event of a compliance dispute.

IT IS SO ORDERED:

2-4-2011
DATED

/s/ Edmund A. Sargus, Jr.
EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT COURT JUDGE