IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**ROBERT SHREVE, et al.,**

    **Plaintiffs,**

v.

**FRANKLIN COUNTY, OHIO, et al.,**

    **Defendants.**

Case No. 2:10-cv-644
Judge Sargus
Magistrate Judge Abel

## ORDER

Presently before the Court is the Joint Motion for Preliminary Approval of the Class Action Settlement (Doc. 95). Pursuant to this motion, the Court orders the following:

1) The Court preliminarily approves the Agreement between Plaintiffs and Defendants.

2) The Court approves the notice of proposed class settlement and the manner in which the notice will be published.

3) A hearing on the final approval of the Agreement is hereby set for Thursday, March 10, 2011 at 10 a.m. Objections by class members must be mailed to the Clerk within fourteen (14) days of the date on which the notice is posted. The Clerk is directed to provide copies of any submitted objections to counsel for the Plaintiffs and Defendants. Plaintiffs and Defendants may respond to any objections within 21 days of the date on which the notice is posted.

IT IS SO ORDERED.

2-4-2011
DATED

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE