UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **Shreve, et al.,** | : | Case No. 2:10-cv-644 |
| Plaintiffs, | : | |
| -vs- | : | **Judge: Sargus** |
| **Franklin County, Ohio et al.,** | : | **Magistrate Judge: Abel** |
| Defendants. | : | |

## ORDER

This matter came before the Court on the joint motion of the Plaintiff class representatives and the Defendants to approve the settlement agreement reached by the parties.

On February 3, 2011, the Court granted preliminary approval to the Agreement Between Plaintiffs and Defendants, approved the notice of proposed class settlement and the manner in which the notice was published, and set a hearing for Thursday, March 10, 2011, at 10 a.m. on final approval of the settlement.

Pursuant to this Court's order, notice of the proposed class settlement was posted throughout the intake areas and housing units of Franklin County Corrections Centers I and II for a period of seven days beginning on February 9, 2011. Full copies of the agreement were made available to class members at the Corrections Centers and through class counsel. Class members were permitted to mail objections to the Clerk of Courts through February 23, 2011. Indigent class members were permitted to mail one objection without cost.

At the conclusion of the hearing on final approval of the settlement, the Court determined that the agreement is fair, reasonable, and adequate. Therefore, it is hereby ordered that:

1. The Agreement Between Plaintiffs and Defendants (Doc. 95-1) is APPROVED;

2. Plaintiffs' claim for injunctive relief against the Defendants is CONDITIONALLY DISMISSED and the Fraternal Order of Police Capital City Lodge No. 9 is CONDITIONALLY DISMISSED as a Defendant pursuant to Fed. R. Civ. P. 41(a)(2), subject to Defendants achieving substantial compliance with the terms of the Agreement; this Court retains jurisdiction for the sole purpose of enforcing the Settlement Agreement in the event of a compliance dispute;

IT IS SO ORDERED.

3-10-2011
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT COURT JUDGE

2