IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ROBERT SHREVE, et al.,

          Plaintiffs,

v.

FRANKLIN COUNTY, OHIO
et al.,

          Defendants.

Case No. 2:10-cv-644

JUDGE SARGUS

MAGISTRATE JUDGE ABEL

## ORDER

Given the Parties' settlement of Plaintiffs' request for preliminary injunctive relief prior to the scheduled hearing, Plaintiffs and the United States' Joint Motion in Limine to Exclude Testimony of Defendants' Expert, Carrie L. Sandbaken Hill is **DISMISSED as MOOT** without prejudice. Additionally, given the voluntary dismissal of the individual claims for money damages of Plaintiffs Shreve and Worley (see Doc. 103), the Motion for Partial Summary Judgment of the County Defendants (Doc. 36) is also **DISMISSED as MOOT** without prejudice.

**IT IS SO ORDERED.**

    8-31-2011
_____
**DATED**

_____
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**

1