IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ROBERT SHREVE, et al.,

       Plaintiffs,

v.

FRANKLIN COUNTY, OHIO, et al.,

       Defendants.

Case No. 2:10-cv-644
Judge Sargus
Magistrate Judge Abel

NICOLE BRADLEY, et al.,

       Plaintiffs,

v.

FRANKLIN COUNTY, OHIO, et al.,

       Defendants.

Case No. 2:11-cv-261
Judge Sargus
Magistrate Judge Abel

MICHAEL WORLEY, et al.,

       Plaintiffs,

v.

FRANKLIN COUNTY, OHIO, et al.,

       Defendants.

Case No. 2:11-cv-415
Judge Sargus
Magistrate Judge Abel

## ORDER

As Defendants have represented that they do not oppose Plaintiffs' respective motions to consolidate (Doc. 106 in case number 2:10-cv-644; Doc. 3 in case number 2:11-cv-261; and Doc. 3 in case number 2:11-cv-415), and the Court finds pursuant to Rule 42(a) that these actions involve common questions of law and fact, Plaintiffs' motions are **GRANTED** and these actions

are hereby consolidated. The Parties should contact the chambers of Magistrate Judge Abel if they would like to schedule a status conference regarding this Order.

**IT IS SO ORDERED.**

9-7-2011
**DATED**

**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**