N THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ROBERT SHREVE, et al.,

    Plaintiffs,

v.

    Case No. 2:10-cv-644
    Judge Sargus
    Magistrate Judge Abel

FRANKLIN COUNTY, OHIO, et al.,

    Defendants.

## ORDER

Defendants have expressed a preference for the undersigned to conduct the mediation requested by Plaintiffs. Plaintiffs and the United States shall respond with their positions regarding this request by Thursday, September 29, 2011.

**IT IS SO ORDERED.**

9-27-2011
DATED

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE