N THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ROBERT SHREVE, et al.,

    Plaintiffs,

v.

FRANKLIN COUNTY, OHIO, et al.,

    Defendants.

Case No. 2:10-cv-644
Judge Sargus
Magistrate Judge Abel

## ORDER

Plaintiffs' Motion for Appointment of a Magistrate Judge or other Neutral Party for Purposes of Mediating the Notice of Non-Compliance Issued by Plaintiffs on August 18, 2011 (Doc. 120) and the United States' Motion to Join Plaintiffs' Motion for Appointment of Magistrate Judge or Other Neutral Party (Doc. 122) are **GRANTED**. As required by Paragraph 68 of Document 94-1, Paragraph 4 of Document 101, and the Court's Order of March 10, 2011, the Parties must be referred to a Magistrate Judge or neutral party. The Court appoints Magistrate Judge Terence Kemp as mediator of the issues raised in the respective notices of non-compliance filed by the Plaintiffs and the United States.

**IT IS SO ORDERED.**

9-30-2011
**DATED**

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE