# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

ROBERT SHREVE, et al.,

    Plaintiffs,

v.

FRANKLIN COUNTY OHIO, et al.,

    Defendants.

Case No. 2:10-cv-644
**CHIEF JUDGE EDMUND A. SARGUS, JR.**
Magistrate Judge Mark R. Abel

## ORDER

The settlement reached in this case included terms that this Court would retain jurisdiction to enforce provisions of the agreement. The plaintiff class, through counsel, and all other parties have moved to terminate this Court's authority to enforce the agreement. (ECF No. 177.) The settlement having been completed, the parties' joint motion is hereby **GRANTED**, and the jurisdiction of this Court is terminated.

**IT IS SO ORDERED.**

12-28-2015
DATE

_____
EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE